**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAMUEL D. ISALY,

                Plaintiff,

    -against-                                 18 **CIVIL** 9620 (LTS) (GWG)

                                                                 **JUDGMENT**

BOSTON GLOBE MEDIA PARTNERS LLC,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 23, 2020, Defendant's motion to dismiss the second Amended Complaint is granted; accordingly, this case is closed.

**Dated:**  New York, New York
             September 23, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**
                                      **BY:**
                                                                 _____
                                                                    **Deputy Clerk**