UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ISLAY,

        Plaintiff,

  -v-                                                    No. 18 CV 9620-LTS-GWG

BOSTON GLOBE MEDIA PARTNERS LLP
et al.,

        Defendants.

-------------------------------------------------------x

## ORDER

The Court has received Defendant's letter dated Feb. 23, 2021 (Docket Entry No. 80), and Plaintiff's letter response dated Mar. 2. 2021 (Docket Entry No. 81), concerning N.Y. Civil Rights Law 76-a. The pending motion for reconsideration is fully briefed (Docket Entry No. 76), and the Court declines to consider N.Y. Civil Rights Law 76-a in the context of that motion.

      SO ORDERED.

Dated: New York, New York
       March 3, 2021

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge